**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Meghan N. Higday (SBN 334626)
mh@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff and the Putative Class

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TOVAR GONZALEZ, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBORWORKS, LLC, a California Limited Liability Company; and DOES 1 TO 50,<br><br>    Defendants. | **Case Number:**<br>1:22−CV−01030−ADA−SKO<br><br>**Order for Leave to File Plaintiff's First Amended Complaint**<br><br>**(Doc. 7)** |

**SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**
Keahn N. Morris (SBN 260058)
kmorris@sheppardmullin.com
Nina Montazeri (SBN 329440)
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant ARBORWORKS, LLC

## ORDER

On October 14, 2022, the parties stipulated that Plaintiff be permitted to file a First Amended Complaint. (Doc. 7.) The parties stipulated that the proposed First Amended Complaint attached to their stipulation be deemed filed as of the date of the signing of the Order, subject to the Court's approval. (*See id.*)

Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading, for purposes of docket management, operative pleadings must be filed on the docket separately. Thus, Plaintiff must file their First Amended Complaint – the Court will not deem it filed.

Accordingly,

1. Within two (2) days from the date of this order, Plaintiff shall file a First Amended Complaint conforming to the proposed amended complaint filed as Exhibit A to the parties' stipulation (Doc. 7-1); and

2. Defendant may file a responsive pleading to the First Amended Complaint within thirty (30) days of being served with a copy of the First Amended Complaint. Otherwise, Defendant's answer on file to the original complaint shall constitute an answer to the First Amended Complaint.

3. Any claims in the First Amended Complaint which are covered as a released claim in the *Rangel* Settlement will have a Class Period starting on April 28, 2020, and continuing into the present and ongoing.

IT IS SO ORDERED.

Dated:   **October 18, 2022**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE