UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TOVAR GONZALEZ, an individual, and on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARBORWORKS, LLC ,<br><br>Defendants. | No.  1:22-CV-01030-ADA-SKO<br><br>ORDER RELATING AND REASSIGNING CASES |
| JESUS JULIAN GUTIERREZ ORTIZ, an individual, and on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ARBORWORKS, LLC,<br><br>Defendants. | No.  1:23-cv-00578-JLT-SAB<br><br>**New Case Number:**<br>1:23-cv-00578-ADA-SKO |

On April 14, 2023, in *Jesus Julian Gutierrez Ortiz v. ArborWorks, LLC ("Ortiz"),* No. 1:23-CV-00578-JLT-SAB, Defendants' filed a notice of related cases. (ECF No. 4.) The Court's review of *Ortiz* reveals that it is related under this Court's Local Rule 123 to the following action pending before the undersigned: *Ramon Tovar Gonzalez v. ArborWorks, LLC ("Gonzalez")* No.

1

1:22-cv-01030-ADA-SKO. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district judge and magistrate judge in *Ortiz*, have not engaged in that matter in any substantial way.  Accordingly, assignment of that action to the undersigned and to Magistrate Judge Sheila K. Oberto will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge and does not consolidate the cases.  Good cause appearing, the court orders that *Jesus Julian Gutierrez Ortiz v. ArborWorks, LLC,* No. 1:23-CV-00578-JLT-SAB, is reassigned to U.S. District Judge Ana I. de Alba and U.S. Magistrate Judge Sheila K. Oberto.  All documents filed in that action shall bear the new case number:

1: 23-cv-00578-ADA-SKO

IT IS SO ORDERED.

Dated:   April 27, 2023

UNITED STATES DISTRICT JUDGE

2