**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Meghan Higday (SBN 334626)
mh@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

*Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
GREG S. LABATE, (SBN 149918)
glabate@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:    714.513.5100
Facsimile:    714.513.5130

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
KEAHN N. MORRIS, (SBN 260058)
kmorris@sheppardmullin.com
GAL GRESSEL (Cal. Bar No. 286312)
ggressel@sheppardmullin.com
NINA MONTAZERI, (SBN 329440)
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

*Attorneys for Defendant ARBORWORKS, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON TOVAR GONZALEZ, an individual, on behalf of himself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBORWORKS, LLC, a California Limited Liability Company; and DOES 1 TO 50,<br><br>    Defendants. | Case Number: 1:22-cv-01030-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>(Doc. 22)<br><br>Complaint Filed:  July 6, 2022 |

**ORDER**

Pursuant to the Stipulation of the Parties (Doc. 22), and good cause appearing (Fed. R. Civ. P. 16(b)(4)), the Court MODIFIES the Scheduling Order (Doc. 18) as follows:

1.) The Parties' deadline to complete Class Certification Discovery is extended to July 23, 2024;

2.) Plaintiff's deadline to file his motion for class certification is extended to August 28, 2024;

3.) Any opposition by Defendant to motion for class certification is extended to September 25, 2024.

4.) Any reply by Plaintiff in support of motion for class certification is extended to October 23, 2024.

5.) The motion for class certification shall be heard on November 20, 2024, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge, subject to being taken under submission pursuant to E.D. Cal. Local Rule 230(g).

6.) A status conference to set further scheduling dates is set for February 20, 2025, at 9:30 a.m., in Courtroom 7 before Magistrate Judge Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than February 13, 2025, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **July 28, 2023**                       /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE