**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Meghan Higday (SBN 334626)
mh@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851
*Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
GREG S. LABATE, (SBN 149918)
glabate@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:    714.513.5100
Facsimile:    714.513.5130

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
KEAHN N. MORRIS, (SBN 260058)
kmorris@sheppardmullin.com
GAL GRESSEL (Cal. Bar No. 286312)
ggressel@sheppardmullin.com
NINA MONTAZERI, (SBN 329440)
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

*Attorneys for Defendant ARBORWORKS, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON TOVAR GONZALEZ, an individual, on behalf of himself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ARBORWORKS, LLC, a California Limited Liability Company; and DOES 1 TO 50,<br><br>    Defendants. | Case Number: 1:22-cv-01030-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**(Doc. 26)**<br><br>Complaint Filed:  July 6, 2022 |

1

**ORDER**

Pursuant to the Stipulation of the Parties (Doc. 26), and good cause appearing, the Court orders as follows:

1. Plaintiff's Motion for Class Certification must be filed no later than February 21, 2025;
2. Defendant's Opposition to Plaintiff's Motion for Class Certification must be filed no later than March 21, 2025;
3. Plaintiff's Reply in Support of Motion for Class Certification must be filed no later than April 18, 2025;
4. The motion for class certification shall be heard on May 14, 2025, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge, subject to being taken under submission pursuant to E.D. Cal. Local Rule 230(g); and
5. A status conference to set further scheduling dates is set for August 14, 2025, at 9:30 a.m., in Courtroom 7 before Magistrate Judge Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than August 7, 2025, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **August 19, 2024**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE