**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Meghan Higday (SBN 334626)
mh@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
GREG S. LABATE, (SBN 149918)
glabate@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
KEAHN N. MORRIS, (SBN 260058)
kmorris@sheppardmullin.com
GAL GRESSEL (Cal. Bar No. 286312)
ggressel@sheppardmullin.com
NINA MONTAZERI, (SBN 329440)
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant ARBORWORKS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TOVAR GONZALEZ, an individual, on behalf of himself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARBORWORKS, LLC, a California Limited Liability Company; and DOES 1 TO 50,<br><br>Defendants. | Case No.: 1:22-cv-01030-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

**ORDER**

On March 3, 2025, the parties filed a joint stipulation to remand this action to state court in light of the parties' agreement to settle this action. Doc. 30. Pursuant to the stipulation, and good cause appearing, this action is remanded to the Madera County Superior Court (Case No. MCV087349).

In the event the parties' settlement is not approved by the Madera County Superior Court, this stipulation and order will be void *ab initio*. *See Dickerson v. Aera Energy, LLC*, Case No. 1:21-CV-01384-JLT-BAK, 2022 WL 4182190 (E.D. Cal. Sept. 13, 2022) (granting parties' stipulation to remand case to state court in light of parties' settlement agreement and providing that stipulation and order would be void *ab initio* if settlement was not approved); *see also Dunn v. SHC Servs., Inc.*, 1:21-cv-00744-NONE-SAB, 2021 WL 5371426 (Nov. 18, 2021) (same).

The Clerk of Court is directed to mail a copy of this order to the Madera County Superior Court and close this case.

IT IS SO ORDERED.

Dated:  March 6, 2025

UNITED STATES DISTRICT JUDGE